1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:21-CR-00076-JLT-SKO

12                         Plaintiff,
                                          STIPULATION REGARDING VACATING TRIAL
13            v.                          DATE;  ORDER

14 JESUS ALBERTO REYES-PARRA,             DATE: November 7, 2023
                                          TIME: 8:30 a.m.
15                                        COURT: Hon. Jennifer L. Thurston
                          Defendant.
16

17

18

19                              **STIPULATION**

20        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21 through defendant's counsel of record, hereby stipulate as follows:

22        1.      By previous order, this matter was set for trial on November 7, 2023.

23        2.      The parties have reached a plea agreement and the written agreement has been filed.  The

24 parties have requested setting this matter for a change of plea on June 26, 2023

25        3.      The parties therefore agree and stipulate that the trial date should be vacated.

26 / / /

27 / / /

28 / / /

   STIPULATION REGARDING EXCLUDABLE TIME            1
   PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2

3    Dated:  May 11, 2023                          PHILLIP A. TALBERT
                                                    United States Attorney
4
                                                    /s/ KAREN A. ESCOBAR
5                                                   KAREN A. ESCOBAR
                                                    Assistant United States Attorney
6

7
     Dated:  May 11, 2023                          /s/ NICHOLAS F. REYES
8                                                   NICHOLAS F. REYES
                                                    Counsel for Defendant
9                                                   JESUS ALBERTO REYES-
                                                    PARRA
10

11

12                              **ORDER**

13        Based upon the stipulation of the parties and the pending change-of-plea hearing[1], the trial date is

14   VACATED.

15
     IT IS SO ORDERED.
16

17        Dated:   **May 12, 2023**

                                                    _____
18                                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28        _____
              [1] The parties stipulated previously to exclude time for purposes of a speedy trial through the
     November 7, 2023. (Doc. 57; Doc. 58)

     STIPULATION REGARDING EXCLUDABLE TIME                    2
     PERIODS UNDER SPEEDY TRIAL ACT