PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALBERTO REYES-PARRA,<br><br>Defendant. | CASE NO. 1:21-CR-00076-JLT-SKO<br><br>STIPULATION REGARDING SENTENCING DATE AND PRESENTENCE SCHEDULE; ORDER<br><br>DATE: October 10, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 10, 2023.

2. The parties seek to continue sentencing to January 16, 2024, in order to reset the presentence schedule. Informal objections were due on September 12, 20223, when counsel for the government was out of the country. Defense counsel would also like to have the opportunity to submit informal objections and was unable to submit them by September 12 due to the press of other business.

3. The parties therefore agree and stipulate that the sentencing be continued from October 10, 2023 to January 16, 2024.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. The parties further agree and stipulate that the following revised presentence schedule be adopted:

**Judgment and Sentencing Date: January 16, 2024**

**Reply or Statement of Non-Opposition: January 8, 2024**

**Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: January 1, 2024**

**The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: December 26, 2023**

**Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: December 18, 2023**

IT IS SO STIPULATED.

Dated: September 27, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: September 27, 2023

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
JESUS ALBERTO REYES-PARRA

**ORDER**

IT IS SO ORDERED.

Dated:  **September 28, 2023**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2