HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
JESUS ALBERTO REYES-PARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALBERTO REYES-PARRA,<br><br>Defendant. | Case No. 1:21-CR-00076 JLT<br><br>**[PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Jennifer L. Thurston |

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant JESUS ALBERTO REYES-PARRA's extension of time is granted.  The Defendant's Supplemental Brief or Notice of Not Filing shall be filed by January 20, 2025.  The Government's response shall be filed by February 19, 2025.  And reply by defendant shall be filed by March 21, 2025.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

_____
UNITED STATES DISTRICT JUDGE

-1-